UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS PEPE,

    Plaintiff,

v.                               Case No. 2:25-cv-488-JLB-KCD

JUDGE ALANE C. LABODA,

    Defendant.

## ORDER

Thomas Pepe, proceeding without a lawyer, has filed a letter seeking guidance on how to submit filings. (Doc. 12.) He asks whether he is required to file electronically. The request for information is **GRANTED** as set forth below.

Just as Pepe has been doing so far in this case, documents can be mailed to the Clerk's Office at 2110 First Street, Room 2-194, Fort Myers, FL 33901. Pepe can also submit materials electronically through the Web Portal on the Court's website: https://www.flmd. uscourts.gov/electronic-document-submission-web-portal. For additional resources and assistance, Pepe may wish to consult the "Proceeding Without a Lawyer" manual provided on the Court's website, at http://www.flmd.uscourts.gov/pro_se/default.htm.

**ORDERED** in Fort Myers, Florida on July 1, 2025.

Kyle C. Dudek
United States Magistrate Judge