UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS PEPE,

    Plaintiff,

v.

                                        Case No. 2:25-cv-00488-JLB-KCD

JUDGE ALANE C. LABODA,

    Defendant,
_____/

## ORDER

Before the Court is Plaintiff Thomas Pepe's motion to disqualify several state court judges under 28 U.S.C. §§ 144 and 455. (Doc. 22.) The motion is **DENIED** because those statutes are inapplicable to this case proceeding in federal court. What is more, none of the identified judges are presiding over this case such that disqualification could be achieved.

Plaintiff also seeks leave to file a supplemental brief titled, "Notice of Filing Whistleblower Submission." (Doc. 26.) This request is **DENIED**. The filing offers no substantive argument for the relief sought. A motion "must include—in a single document no longer than twenty-five pages inclusive of all parts—a concise statement of the precise relief requested, a statement of the basis for the request, and a legal memorandum supporting the request." Local Rule 3.01(a).

**ORDERED** in Fort Myers, Florida on July 18, 2025.

Kyle C. Dudek
United States Magistrate Judge